**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD GRAZIANO, | : | Civil No. 1:24-CV-01084 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROSS MILLER, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 17th day of August 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for reconsideration, Doc. 40, is **DENIED**.
2. Plaintiff's motion to clarify, Doc. 43, is **DENIED** as moot.
3. Defendants will answer the surviving claims in the amended complaint, Doc. 35, by **September 4, 2026**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania